IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| TYLER PRITSCHAU, | : | Case No. 1:22-cv-303 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| WADE SCHULTZ, | : | |
| Defendant. | : | |

### ENTRY AND ORDER

This matter is before the Court on Plaintiff's Partial Motion to Motion for Summary Judgment (Doc. 28). Defendant responded on December 20, 2023 (Doc. 30), to which Plaintiff replied (Doc. 32). Thus, this matter is ripe for the Court's review. Because the parties stipulated to liability, Plaintiff's Motion for Summary Judgment (Doc. 28) is **DENIED AS MOOT.**

This is a diversity case arising from a vehicular accident between the parties. Plaintiff contends that Defendant negligently operated his vehicle, causing them to collide and leaving Plaintiff with injuries, medical expenses, and lost wages. (Compl., Doc. 4, Pg. ID 45). After Plaintiff moved for summary judgment as to liability, the parties stipulated that Defendant negligently operated his vehicle. (Stip. Doc. 33, Pg. ID 378.) Plaintiff acknowledges that the Motion is now moot. Because the parties stipulated to liability, only the issue of damages remains. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 28) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
JUDGE MATTHEW W. McFARLAND